## INLAND STEEL COMPANY *v.* URHOVAC ET AL.

[No. 12,823.    Filed March 18, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between the Inland Steel Company and Stana Urhovac and others. From the award made, the former appeals. *Affirmed.* By the court in banc.

*William J. McAlecr, Francis J. Dorsey* and *Gerald A. Gillett,* for appellant.

*Nelson & McFall* and *D. J. Moran,* for appellees.

PER CURIAM.—Affirmed.

Dausman, J., absent.

---

## SHOBE ET AL. *v.* NEWKIRK, TRUSTEE, ETC., ET AL.

[No. 12,959.    Filed March 18, 1927.]

From Montgomery Circuit Court; *Jere West,* Judge.

Action between Henry C. Shobe and others and Charles W. Newkirk, trustee, etc., and others. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*John Harrigan* and *Chase Harding,* for appellants.

*W. J. Sprow,* for appellees.

NICHOLS, J.—The substantial questions here involved have been determined in the case of *Wilkins* v. *Newkirk* (1927), 155 N. E. (Ind.) 516. On the authority of that case, the judgment is affirmed.

Dausman, J., absent.

---

## PETRUCELLE *v.* TRIPOLI.

[No. 12,653.    Filed March 18, 1927.]

From Allen Superior Court; *William E. Clapham,* Special Judge.

Action between Charles Petrucelle and Serfinia Tripoli. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Halter & Berkes* and *Henslee & Fuller,* for appellant.

PER CURIAM.—Affirmed.

Dausman, J., absent.